**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Minor David MEDINA–DOBLADO, Defendant–Appellant.**

**No. 07–50923**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 19, 2008.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

Minor David Medina–Doblado appeals from his conviction and sentence for illegal reentry into the United States after deportation. Although he initially challenged the district court's application of U.S.S.G. § 2L1.2(b)(1)(B) to his sentence based upon his prior Colorado conviction, the Government subsequently supplemented

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

the record with additional documentation regarding that conviction. In response, Medina–Doblado conceded that, under plain error review, the supplemental documentation was sufficient to show that his sentence was correctly calculated.

In light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Medina–Doblado challenges the constitutionality of 8 U.S.C. § 1326(b)'s treatment of prior felony and aggravated felony convictions as sentencing factors rather than elements of the offense that must be found by a jury. This argument is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008).

The district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.